

**McGillivary Steele Elkin** LLP

Gregory McGillivary
gkm@mselaborlaw.com

**VIA HAND DELIVERY**
Clerk of the Court
United States District Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, VA 23510

Re:   *United States v. Atlantic Diving Supply (ADS), et al.*
       **CASE TO BE FILED UNDER SEAL (31 U.S.C. § 3730(b))**

To Whom It May Concern:

Enclosed please find copies of the following filings in the above-styled case, to be filed **UNDER SEAL** pursuant to 31 U.S.C. § 3730(b), together with a check for the filing fee in the amount of $402.00:

(1) The Civil Cover Sheet and original Complaint, **TO BE FILED UNDER SEAL**;

(2) Two chambers copies of the **SEALED** Complaint, for in camera inspection; and

(3) A return copy of the **SEALED** Complaint, to be file-stamped and returned in the attached, prepaid FedEx envelope.

Please do not hesitate to contact me with any questions or concerns regarding the foregoing. I can be reached by telephone (202-833-8855) or email (gkm@mselaborlaw.com).

Sincerely,

McGILLIVARY STEELE ELKIN LLP

Gregory K. McGillivary