```
Court Name: United States District Court
Division: 2
Receipt Number: 24683048203
Cashier ID: tgamberg
Transaction Date: 04/07/2021
Payer Name: MCGILLIVARY STEELE ELKIN
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: MCGILLIVARY STEELE ELKIN
 Case/Party: D-VAE-2-21-CV-000166-001
 Amount:     $402.00
----------------------------------
CHECK
 Check/Money Order Num: 0372
 Amt Tendered: $402.00
----------------------------------
Total Due:     $402.00
Total Tendered: $402.00
Change Amt:    $0.00

MCGILLIVARY STEELE ELKIN

UNITED STARTES OF AMERICA; ex rel.
THE BENDS LLP
2:21cv166
```