IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

MAR 1 1 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>*ex rel.* )<br>)<br>THE BENDS LLC )<br>) Case No. 2:21-cv-166-AWA-RJK<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>ATLANTIC DIVING SUPPLY, INC.; )<br>TRUE NORTH ENTERPRISES; )<br>SAFETY AND SECURITY )<br>   INTERNATIONAL; )<br>LUKE HILLIER; )<br>JASON WALLACE; )<br>BRANT FELDMAN; )<br>RYAN ANGOLD; )<br>JOHN DUNN; )<br>VINCENT MORAN; )<br>KEVIN MORAN; )<br>DAVID BOHANNAN; )<br>and TODD DIX; )<br>)<br>*Defendants.* )<br>_____ ) | |

ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The United States' Notice of

Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3.  the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.  the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.  the parties shall serve all notices of appeal upon the United States;

6.  all orders of this Court shall be sent to the United States; and that

7.  should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

Dated: March 10, 2022

Copies of the signed Order to:

Clare P. Wuerker
Assistant United States Attorney
United States Attorney's Office
Counsel for the United States
2100 Jamieson Ave.
Alexandria, VA 22314
Clare.Wuerker@usdoj.gov

Gregory K. McGillivary
McGillivary Steel Elkin LLP
1101 Vermont Ave., NW Ste 1000
Washington, D.C. 20005
gkm@mselaborlaw.com
Counsel to Plaintiff-Relator

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2022, I caused a copy of the **UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** and proposed **ORDER** to be served by first-class mail, postage prepaid, upon:

> Gregory K. McGillivary
> McGillivary Steel Elkin LLP
> 1101 Vermont Ave., NW Ste 1000
> Washington, D.C. 20005
>
> John W. Black
> Samuel J. Buffone, Jr.
> Black & Buffone PLLC
> 1400 Eye St. NW Ste. 200
> Washington, D.C. 20005

*/s/ Clare P. Wuerker*
Clare P. Wuerker
Assistant United States Attorney